**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169-5968
(702) 257-1997/
FAX (702) 257-2203

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH,<br><br>        Plaintiff,<br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC. and<br>DOES 1 TO 10,<br><br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  13-CV-00225 MMD VCF

NOTICE OF SETTLEMENT

     NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff Tim Toth

and Defendant NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of

this action in its entirety with prejudice within 45 days.

/ / /

/ / /

/ / /

/ / /

Notice of Settlement

1

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 17, 2013 for filing dispositional documents.


Dated:          April 2, 2013          /s/ George Haines
                                       _____
                                       George Haines
                                       Attorney for Plaintiff
                                       Tim Toth


Dated:          April 2, 2013          /s/ Shannon Splaine
                                       _____
                                       Shannon Splaine
                                       Attorney for Defendant
                                       NCO Financial Systems, Inc.