George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@hainesandkrieger.com

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC; and<br>DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:13-cv-00225<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

## **STIPULATION**

　　　Plaintiff TIM TOTH and NCO FINANCIAL SYSTEMS, INC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

…
…
…
…
…
…
…
…
…

Dated: April 4, 2013

| | |
|---|---|
| By: /s/George Haines, Esq.<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>HAINES & KRIEGER, LLC<br>5041 N. Rainbow Blvd.<br>Las Vegas, Nevada 89130<br>*Attorney for Plaintiff* | By: /s/Shannon Splaine, Esq.<br>Shannon Splaine, Esq.<br>3960 Howard Hughes Parkway,<br>Suite 200<br>Las Vegas, NV 89169-5968<br>Phone: (702) 257-1997<br>Fax: (702) 257-2203<br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: April 5, 2013